FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ JUN 07 2016
BROOKLYN OFFICE

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
JUN 2 2016
TIME A.M.____
P.M.____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X

AI MOOI LEONG and
WOON FAH LEE,

        Plaintiffs,

-against-

GREGORY RICHARDSON,
Director, Texas Service Center,
U.S. Citizenship and Immigration Services;
LEON RODRIGUEZ,
Director, U.S. Citizenship
and Immigration Services;
JEH CHARLES JOHNSON, Secretary,
U.S. Department of Homeland Security;
JOHN F. KERRY, Secretary,
U.S. Department of State;
LORETTA LYNCH,
Attorney General of the United States,

        Defendants.

----------------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-16-1700

(Johnson, J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This dismissal is without prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements. The clerk shall enter judgment in accordance with this Stipulation and Order of Dismissal.

Dated: Cleveland, Ohio
May 24, 2016

Attorney for Plaintiffs

MARGARET WONG, ESQ.
Margaret W. Wong & Associates Co., LPA
3150 Chester Ave.
Cleveland, OH 44114

Dated: New York, New York
May 27, 2016

Attorney for the Defendants

ROBERT L. CAPERS
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

BY: RONALD W. KISH
Sp. Assistant United States Attorney
212-264-3475

SO ORDERED:

Dated: Brooklyn, New York
May ___, 2016

HONORABLE ANN M. DONNELLY
United States District Court

SO ORDERED
on this _____ day of _June_____ 20 16

/s/ USDJ STERLING JOHNOSN, JR.
STERLING JOHNSON, JR., SENIOR U.S.D.J.



U.S. Department of Justice

*United States Attorney
Eastern District of New York*

---

*271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201*

Mailing Address: *26 Federal Plaza, Room 11-100
New York, New York 10278*

May 24, 2016

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

JUN 2 2016

TIME A.M._____
P.M._____

**COURTESY COPY OF A DOCUMENT FILED VIA ECF**

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Leong, et al. v. Johnson, et al.</u>, No. CV-16-1700 (AMD)

Dear Judge Donnelly:

    Enclosed for the Court's approval and signature is a Stipulation and Order of Dismissal in the above-referenced case, signed by the attorneys for the parties.

    Thank you for your attention to this matter.

                  Respectfully submitted,

                  ROBERT L. CAPERS
                  United States Attorney

                  /s/{electronically filed}
                  RONALD W. KISH
                  Sp. Assistant U.S. Attorney
                  (212) 264-3475 (Ph)
                  (212) 264-6503 (Fax)

cc:    Margaret Wong, Esq.
        Margaret W. Wong & Associates Co, LPA
        3150 Chester Ave.
        Cleveland, OH 44114